AO 245B (Mod. D/NJ 12/06) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.                                                      Case Number    CR03-852-06(MLC)

CRAIG DAVIDSON

Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, CRAIG DAVIDSON, was represented by Vincent Nuzzi, Esq. and Brian Mason, Esq.

On motion of the United States the court has dismissed counts 1,4,12-26 and 27 of original indictment.

On motion of defendant the court has dismissed count 21s per F.R.Crim.P. 29.

The defendant was found guilty on counts 1s,4s, and 12s-20s, 22s-27s [lesser included negligent offenses] by a jury verdict on April 26, 2006 after a plea of not guilty. Accordingly, the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date of Offense | Count Numbers |
|---|---|---|---|
| 18:371 | CONSPIRACY TO DEFRAUD THE UNITED STATES | October 31, 1995 - August 2003 | 1s |
| 18:1001&2 | FALSE STATEMENTS | February 24, 2000 | 4s |
| 33:1311(a)&1319(c)(1)(A) and 18:2 | VIOLATIONS OF THE CLEAN WATER ACT | December 1998 - February 2000 (except Sept. 1999) | 12s-20s 22s-26s |
| 33:1311(a)&1319(c)(1)(A) and 18:2 | VIOLATIONS OF THE CLEAN WATER ACT | December 4-5, 1999 | 27s |

As pronounced on April 23, 2009, the defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $575, for counts 1s&4s - $100 each and 12s-20s,22s-26s, and 27s - $25 each, which shall be due immediately. Said special assessment shall be made payable to the Clerk, U.S. District Court.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the _30__ day of April, 2009.

_____
MARY L. COOPER
United States District Judge

18064

AO 245B (Mod.  D/NJ 12/06) Sheet 2 - Imprisonment

Defendant:      CRAIG DAVIDSON
Case Number:   CR03-852-06(MLC)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a TOTAL TERM of 6 Months: Counts 1s,4s,12s-20s, and 22s -27s - 6 months each. ALL COUNTS CONCURRENT.

The defendant shall cooperate in the collection of DNA.

The Court makes the following recommendations to the Bureau of Prisons:
- Designation to FCI Schuylkill.
- Designation in a minimum security facility.

The defendant shall surrender for service of sentence at the institution designated at a date to be set by the Bureau of Prisons - Not before 9/15/09.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal